USDC IN/ND case 1:22-cv-00215-HAB-SLC document 1 filed 02/08/22 page 1 of 6

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

1:22-cv-0285 RLY MG

Harold E. Davis

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Secretary of Veterans Affairs Denis McDonough

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

**FILED**
FEB 0 8 2022
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

## COMPLAINT FOR A CIVIL CASE

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only*: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievances, witness statements, evidence, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

USDC IN/ND case 1:22-cv-00215-HAB-SLC document 1 filed 02/08/22 page 2 of 6

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

## I. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

- What is the basis for federal court jurisdiction? *(check all that apply)*

  ☐ Federal question     ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title VII discrimination due to race, color, religion, sex, national origin, or reprisal) or under rehabilitation act of 1973 as amended (discrimination due to disability

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual:

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____, OR is a citizen of *(foreign nation)* _____

   b. If the plaintiff is a corporation, partnership, or other entity:

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   Or is incorporated under the laws of *(foreign nation)* _____,

   and has its principal place of business in *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

USDC IN/ND case 1:22-cv-00215-HAB-SLC document 1 filed 02/08/22 page 3 of 6

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

2. The Defendant(s)

   a. If the defendant is an individual:
      The defendant, (name) **HAROLD E DAVIS**, is a citizen of the State of (name) **INDIANA**, OR is a citizen of (foreign nation) _____.

   b. If the defendant is a corporation, partnership, or other entity: **Secretary Veterans Affairs**
      The defendant, (name) **Denis McDonough** is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.
      Or is incorporated under the laws of (foreign nation) _____,
      and has its principal place of business in (name) _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

   _____
   _____
   _____

## II. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | **HAROLD E. DAVIS** |
| Street Address | **18907 Prairie Crossing Dr.** |
| City and County | **Noblesville, IN 46062** |
| State and Zip Code | **317-760-8265** |
| Telephone Number | **hedavis2010@yahoo.com** |
| E-mail Address | |

USDC IN/ND case 1:22-cv-00215-HAB-SLC   document 1   filed 02/08/22   page 4 of 6

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation or other entity. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

- Name: Dennis McDonough
- Job or Title *(if known)*: Secretary of Veterans Affairs
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 2

- Name: VA Health Care System
- Job or Title *(if known)*: Northern Indiana Marion Campus
- Street Address: 1700 38th St
- City and County: Marion, Indiana
- State and Zip Code: 765-674-2231
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 3

- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

USDC IN/ND case 1:22-cv-00215-HAB-SLC document 1 filed 02/08/22 page 5 of 6

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Complainant was discriminated against based on reprisal for prior EEO activity/complaint ① January 18, 2020 complianant was marked absent without leave when I reported off ② On Febuary 21, 2020 complainant was reassigned to different shift when the Union agreement (master) states detail should be assigned fair across the board amongs the employees. ③ On Febuary 21, 2020 Complainant tour of duty changed to 2nd shift regardless of complainant just finished a tour of detail which was about a year, 6 months.

④ Complainant daily tour of duty was changed without just and verification from union according to union master agreement.

all this is from a EEOC Complaint # 470-2020-0D193X
✓ CASE # 200J-0610-2020102399

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I want lost wages from forceful resignation from my JOB which I liked and was good at, and the pain and suffering humiliation I went through due to this long process which they know was wrong and I want to get my job back at a diffent facility and not get Blacklisted cause I am speaking up about fair treatment.

USDC IN/ND case 1:22-cv-00215-HAB-SLC document 1 filed 02/08/22 page 6 of 6

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/8/2022

Signature of Plaintiff