Aug 5, 2022

HAROLD E DAVIS.

I want a Motion to dismiss
1;22-cv-215-8HABSLC Due to no legal
"reprensentation, and I want it
dismissed without prejice" cause
when I able to afford representa
tion, I will file again. The
agency I had was a job union
and I have no one helping
me now, Thanks

317-760-8265

-FILED-

AUG 0 8 2022

At _____M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA